# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

December 23, 2025

| | |
|---|---|
| MIGUEL ANGEL GARCIA CANO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-01228-JD |
| ) | |
| RUSSELL HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**ENTER ORDER:**

      The Court is in receipt of the Respondents' Objection to the Report and Recommendation ("Objection") [Doc. No. 13]. Given the nature of these proceedings, the Court expedites the Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before **December 30, 2025**. Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.


                                      JOAN KANE, CLERK

                                      By:  */s/ Carol Ditta*
                                               Deputy Clerk