IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MIGUEL ANGEL GARCIA CANO,               )
                                        )
                Petitioner,             )
                                        )
v.                                      )        Case No. CIV-25-01228-JD
                                        )
RUSSELL HOLT, et al.,                   )
                                        )
                Respondents.            )

## ORDER

The Court previously entered an order denying the Petition for Writ of Habeas Corpus, [Doc. No. 1], as to Count 1, Violation of the Immigration and Nationality Act (statutory claim), and granting leave to file an amended petition as to Count 2, Violation of Due Process (due process claim). *See* [Doc. No. 15 at 32]. The Court gave Petitioner until March 30, 2026, to file an amended petition. *Id.* The Court stated that if Petitioner did not file an amended petition by March 30, 2026, the Court would enter its judgment denying Count 1 (statutory claim) and dismissing Count 2 (due process claim) without prejudice. *Id.*

As nothing has been filed by the deadline, the Court dismisses without prejudice Count 2. A separate judgment will follow.

IT IS SO ORDERED this 31st day of March 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE