# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MIGUEL ANGEL GARCIA CANO,          )
                                   )
            Petitioner,            )
                                   )
v.                                 )          Case No. CIV-25-01228-JD
                                   )
RUSSELL HOLT, et al.,              )
                                   )
            Respondents.           )

## JUDGMENT

Pursuant to the Court's order of March 16, 2026 [Doc. No. 15] and order filed today, the Court denies Count 1 (statutory claim) and dismisses without prejudice Count 2 (due process claim) in Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1].

Entered this 31st day of March 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE